## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re   Case No. 16–31290
   Chapter 13
Kesha McKeithen

   Debtor

## ORDER

Order Rescheduling 341 Meeting of Creditors and Confirmation Hearing. The debtor(s) or attorney for the debtor(s)shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule. Entered On 8/22/2016. Section 341(a) Meeting of Creditors to be held on 9/22/2016 at 02:30PM at 341 Meeting of Creditors (Rm 105), FMJ Fed. Courthouse (Lee St. entrance), Montgomery, AL 36104. Confirmation hearing to be held on 10/24/2016 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JFM)

Done this 22nd day of August, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

United States Bankruptcy Court
Middle District of Alabama

In re:  
Kesha McKeithen  
       Debtor

Case No. 16-31290-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2     User: jmclain     Page 1 of 1     Date Rcvd: Aug 22, 2016  
                    Form ID: eorder     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.  
db          +Kesha McKeithen,    4475 Hwy 14,    Millbrook, AL 36054-1956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2016 at the address(es) listed below:  
         Bankruptcy Administrator     ba@almb.uscourts.gov  
         Curtis C. Reding     trustees_office@ch13mdal.com  
         Joshua C. Milam     on behalf of Debtor Kesha  McKeithen jmilam@smclegal.com,  smclegalecf@gmail.com  
         Leonard N. Math     on behalf of Creditor    GUARDIAN CREDIT UNION noticesmd@chambless-math.com  
                                                                                                       TOTAL: 4